UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIUS LAW,
    Plaintiff,

Case No. 2:16-cv-14142-RHC-MKM

-vs.-

RALPH K. MAYERS, PLLC and
AMERICAN NATIONAL ADJUSTMENT
CORPORATOIN,
    Defendants.
_____

## AMENDED NOTICE OF SETTLEMENT

Plaintiff and Defendants, Ralph K. Mayers, PLLC and American National Adjustment Corporation, have agreed to settle this lawsuit and intend to file a Notice of Voluntary Dismissal, with prejudice, no later than April 25, 2017.

Respectfully submitted,

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
Michigan Consumer Credit Lawyers
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com

February 21, 2017

## PROOF OF SERVICE

  I, Amber Gingiloski, hereby state that on February 21, 2017, I served a copy of the within pleading upon all counsel of record via the ECF System.

        /s/ Amber Gingiloski