UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIUS LAW,

    Plaintiff,

vs.

RALPH K. MAYERS, PLLC, and
AMERICAN NATIONAL ADJUSTMENT
CORPORATION,

    Defendants.
_____/

Case No: 2:16-CV-14142-RHC-MKM
Hon. Robert H. Cleland

| | |
|---|---|
| GARY D. NITZKIN (P41155) | DEBORAH A. LUJAN (P46990) |
| TRAVIS SHACKELFORD (P68710) | Collins Einhorn Farrell PC |
| CARL E. SCHWARTZ (P70335) | Attorney for Defendant Mayers |
| Michigan Consumer Credit Lawyers | 4000 Town Center, 9th Floor |
| Attorneys for Plaintiff | Southfield, MI 48075 |
| 22142 West Nine Mile Road | (248) 355-4141/(248) 355-2277 (fax) |
| Southfield, MI 48033 | deborah.lujan@ceflawyers.com |
| (248) 353-2882/(248) 353-4840 (fax) | |
| gary@micreditlawyer.com | |

_____/

## STIPULATION FOR DISMISSAL

    IT IS HEREBY STIPULATED by and between the parties that the above-entitled cause of action be dismissed with prejudice and without costs or attorney fees.

| | |
|---|---|
| */s/Carl E. Schwartz (w/permission)* | */s/Deborah A. Lujan* |
| CARL E. SCHWARTZ (P70335) | DEBORAH A. LUJAN (P46990) |
| Michigan Consumer Credit Lawyers | Collins Einhorn Farrell PC |
| Attorneys for Plaintiff | Attorneys for Defendant Mayers |

Dated: April 19, 2017


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIUS LAW,

    Plaintiff,

vs.

Case No: 2:16-CV-14142-RHC-MKM
Hon. Robert H. Cleland

RALPH K. MAYERS, PLLC, and
AMERICAN NATIONAL ADJUSTMENT
CORPORATION,

    Defendants.
_____/

| | |
|---|---|
| GARY D. NITZKIN (P41155)<br>TRAVIS SHACKELFORD (P68710)<br>CARL E. SCHWARTZ (P70335)<br>Michigan Consumer Credit Lawyers<br>Attorneys for Plaintiff<br>22142 West Nine Mile Road<br>Southfield, MI 48033<br>(248) 353-2882/(248) 353-4840 (fax)<br>gary@micreditlawyer.com | DEBORAH A. LUJAN (P46990)<br>Collins Einhorn Farrell PC<br>Attorneys for Defendant Mayers<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-4141/(248) 355-2277 (fax)<br>deborah.lujan@ceflawyers.com |

_____/

## ORDER FOR DISMISSAL

Pursuant to stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled cause of action be dismissed with prejudice and without costs or attorney fees.

     S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 24, 2017, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

LAW OFFICES COLLINS EINHORN FARRELL PC 4000 Town Center, 9th Floor Southfield, MI 48075 (248) 355-4141